### 4597.   JENKS *v.* THE STATE.

RUSSELL, J.   1. The instruction to the jury of which complaint is made in the motion for a new trial was practically in accordance with the principle announced in *Gann* v. *State*, 30 *Ga.* 67; and the defendant's theory that the shooting by him was in self-defense was fully and accurately presented, in connection with the statement that, if both parties mutually intended to fight, and went and got their weapons for that purpose, they would be guilty of the offense of shooting at another.
2. The evidence authorized the verdict, and there was no error in refusing a new trial.          *Judgment affirmed.*
DECIDED FEBRUARY 18, 1913.

Indictment for shooting at another; from Early superior court—Judge Worrill. December 17, 1912.

The instruction referred to in the decision was as follows: "If you believe that on the particular occasion on which this shooting occurred, the defendant, Jesse Jenks, and Miles Dennis had engaged in a quarrel, that they were about to fight, and if you believe that they both went and armed themselves with guns, and came back and met each other, and there was a mutual intention upon the part of each to fight, both armed with guns, both prepared and intending to shoot each other, such conduct upon their part would be unlawful; and if the defendant, Jesse Jenks, under such conditions shot Miles Dennis, it would make no difference which one shot first, such shooting would have been unlawful, and you would be warranted in convicting him."

*Rambo & Wright,* for plaintiff in error.

*B. T. Castellow,* solicitor-general, *J. A. Laing, R. R. Arnold,* contra.